# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| ROMERO WILSON,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | Case No.: 2:26-cv-00313<br><br>Honorable Lynn Adelman<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Romero Wilson and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

      RESPECTFULLY SUBMITTED on June 26, 2026

By: */s/ Ryan Peterson*
Ryan D. Peterson, MN #0389607
Attorney for Plaintiff Romero Wilson
CONSUMER JUSTICE LAW FIRM PLC
6600 France Ave, Suite 602
Edina, Minnesota 55435
T: (651) 315-7656
F: (480) 613-7733
E: rpeterson@consumerjustice.com

By: */s/Jennifer R. Brooks*
Jennifer R. Brooks, WIED Bar No. 24103791
Counsel for Defendant Equifax Information Services, LLC
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730
Email: jrbrooks@seyfarth.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Kristine Tanyag*

2